THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 9:18-CV-80071-ROSENBERG/REINHART

**R. ALEXANDER ACOSTA**,

      Plaintiff,

vs.

**KEVIN G. KIRKEIDE, et al.**,

      Defendants,

_____ /

**NOTICE OF APPEARANCE OF CHRISTOPHER M. KISE
ON BEHALF OF DEFENDANTS**

YOU ARE HEREBY NOTIFIED that Christopher M. Kise of the law firm of Foley & Lardner LLP, hereby enters his appearance as counsel for Defendants Kevin Kirkeide, Harry Sargeant, IOTC Financial Services LLC, and IOTC Financial Services LLC 401(k) Profit Sharing Plan.  All pleadings, notices and other papers filed in these proceedings should also be directed to:

      Christopher M. Kise, Esq.
      **FOLEY & LARDNER LLP**
      106 East College Avenue
      Tallahassee, FL 32301-7732
      (850) 222-6100 (Telephone)
      (850) 561-6475 (Facsimile)
      ckise@foley.com

Dated: March 20, 2018

Respectfully Submitted,

By: */s/   Christopher M. Kise*
Christopher M. Kise
FL Bar No. 855545
ckise@foley.com
Melissa B. Coffey
FL Bar No. 84090
mcoffey@foley.com
Joshua M. Hawkes
FL Bar No. 112539
jhawkes@foley.com
**FOLEY & LARDNER LLP**
106 East College Avenue, Suite 900
Tallahassee, FL 32301-7732
Telephone: (850) 222-6100
Facsimile: (850) 561-6475

*Attorneys for Defendants Kevin G. Kirkeide, Harry Sargeant, IOTC Financial Services LLC, and IOTC Financial Services LLC 401(k) Profit Sharing Plan*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic mail on March 20, 2018 on all counsel or parties of record on CM/ECF.

By: */s/   Christopher M. Kise*
Christopher M. Kise